`UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:   PETER BRADLEY LUBINSKAS                              Case No. 14-35676
         AMY KATHLEEN LUBINSKAS                               Chapter 13
              Debtors

## NOTICE OF VOLUNTARY CONVERSION
## OF JOINT DEBTOR FROM CHAPTER 13 TO CHAPTER 7
## FRBP 1017(f)(3)

The Debtor, Amy Kathleen Lubinskas, pursuant to 11 U.S.C. Section 1307 (a), does hereby elect to bifurcate the above captioned case and convert the above-captioned Chapter 13 case to a case for the individual debtor under Chapter 7 of the Bankruptcy Code.  The Debtor, Amy Kathleen Lubinskas is entitled to convert the case because:

1. This case, filed on October 22, 2014, is a case under Chapter 13 of the Bankruptcy Code.

2. The Individual Debtor, Amy Lubinskas, is eligible to be a debtor under Chapter 7 of the Bankruptcy Code.

3. The instant case has not been previously converted.

WHEREFORE, the Individual Debtor, Amy Kathleen Lubinskas, prays for relief under Chapter 7 of the Bankruptcy Code.

                                        Respectfully Submitted,

                                        /s/ Amy Kathleen Lubinskas
                                        Amy Kathleen Lubinskas

                              By:       /s/ Jacqueline W. Sharman, Esq.
                                        Jacqueline W. Sharman, VSB# 71569
                                        Bowen Ten Cardani, P.C.
                                        A Debt Relief Agency/Counsel for
                                        Debtor(s)

                                            3957 Westerre Pkwy Suite 105
                                            Richmond, Virginia 23233
                                            (804) 755-7599 p
                                            (804) 755-7552 f
                                            jsharman@btclawva.com

                                      <u>Certificate of Service</u>

       I certify that a copy of the foregoing Notice of Conversion for Individual Debtor of Chapter 13 Case to Chapter 7 was mailed this 29th day of December, 2014, to U.S. Trustee, 701 E. Broad Street, Richmond, Virginia 23219 and transmitted by e-mail to Carl Bates, Chapter 13 Trustee, P. O. Box 1819, Richmond, Virginia 23218.

                                            <u>/s/ Jacqueline W. Sharman</u>
                                            Jacqueline W. Sharman